JAMES A. ZAPP (SB# 94584)
jameszapp@paulhastings.com
FELICIA A. DAVIS (SB# 266523)
feliciadavis@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA 90071-2228
Telephone: 1(213) 683-6000
Facsimile: 1(213) 627-0705

Attorneys for Defendants
THE WALT DISNEY COMPANY and WALT
DISNEY PARKS AND RESORTS U.S., INC.

(*Additional counsel listed on next page*)

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMANE BOUDLAL,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>THE WALT DISNEY COMPANY, WALT DISNEY PARKS AND RESORTS U.S., INC., and DOES 1-10,<br><br>　　　　　Defendants. | CASE NO. SACV12-1306-DOC(ANx)<br><br>**JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE**<br><br><br><br>Judge:　　Hon. David O. Carter |

MARK D. ROSENBAUM (SB# 59940)
mrosenbaum@aclu-sc.org
ACLU FOUNDATION OF
        SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, CA  90017-4420
Telephone:  (213) 977-5000
Facsimile:  (213) 977-5297

ANNE RICHARDSON (SB# 151541)
arichardson@hadsellstormer.com
REEM SALAHI (SB# 259711)
reem@hadsellstormer.com
HADSELL STORMER RICHARDSON
        & RENICK LLP
128 North Fair Oaks Avenue
Pasadena, CA  91103-3650
Telephone:  (626) 585-9600
Facsimile:  (626) 577-7079

Attorneys for Plaintiff
IMANE BOUDLAL

JOINT STIPULATION TO DISMISS
ACTION WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a), the Parties hereby stipulate to the dismissal of this action, with prejudice.

IT IS SO STIPULATED.

DATED: February 28, 2014      JAMES A. ZAPP
                             FELICIA A. DAVIS
                             PAUL HASTINGS LLP


                             By:            /s/ Felicia A. Davis
                                            FELICIA A. DAVIS

                             Attorneys for Defendants
                             THE WALT DISNEY COMPANY and WALT
                             DISNEY PARKS AND RESORTS U.S., INC.

DATED: February 28, 2014      ANNE RICHARDSON
                             REEM SALAHI
                             HADSELL STORMER RICHARDSON &
                             RENICK LLP


                             By:            /s/ Anne Richardson
                                            ANNE RICHARDSON

                             Attorneys for Plaintiff
                             IMANE BOUDLAL

JOINT STIPULATION TO DISMISS
                                          ACTION WITH PREJUDICE